IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.**,<br>  1111 N. Capitol St. NE<br>  Washington, D.C. 20002<br><br>              **Plaintiff**,<br><br>    v.<br><br>**HON. GLENN L. KLAVANS**,<br>  8 Church Circle<br>  Annapolis, MD 21401<br><br>**HON. FRED S. HECKER,**<br>  Courthouse Square, 200 Willis Street,<br>  Westminster, MD 21157<br><br>              **Defendants**. | Civil Action No. 21-cv-2247<br><br>Hearing Requested |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff National Public Radio, Inc. ("NPR") moves pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction barring Defendants, and anyone acting in concert or participation with any of them, from taking any action to enforce the portions of Md. Code Ann., Crim. Proc. § 1-201 that prohibit NPR and its employees from publishing official court recordings, which were lawfully obtained pursuant to Md. Rule 16-504(h)(1), of the state criminal court proceedings in *State of Maryland v. Jarrod Ramos*, Case No. C-02-CR-18-001515.  As set forth in the accompanying Memorandum of Points and Authorities, these provisions violate the First and Fourteenth Amendments to the United States Constitution.

In support of its Motion, NPR will rely on its Memorandum of Points and Authorities, as well as the accompanying Declarations of Kelly McEvers and Chris Benderev, which are incorporated by reference herein.  NPR respectfully requests a hearing on its Motion.

WHEREFORE, NPR respectfully requests that its motion be GRANTED and that this Court enter an Order preliminarily enjoining enforcement of the above-noted portions of Md. Code Ann., Crim. Proc. § 1-201.

Dated: September 1, 2021

Respectfully submitted,

BALLARD SPAHR LLP

By:   */s/ Charles D. Tobin*
      Charles D. Tobin (Bar No. 15919)
      Maxwell S. Mishkin (Bar No. 20650)
      1909 K Street, NW, 12th Floor
      Washington, DC 20006
      Tel: 202.661.2200 | Fax: 202.661.2299
      tobinc@ballardspahr.com
      mishkinm@ballardspahr.com

      Leslie Minora (*pro hac vice* forthcoming)
      1735 Market Street, 51st Floor
      Philadelphia, PA 19103-7599
      Tel: 215.665.8500 | Fax: 215.864.8999
      minoral@ballardspahr.com

*Attorneys for National Public Radio, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I caused true and correct copies of the foregoing to be served via U.S. Mail on the following:

Hon. Glenn L. Klavans
8 Church Circle
Annapolis, MD 21401

Hon. Fred S. Hecker
Courthouse Square, 200 Willis Street,
Westminster, MD 21157

Robert A. Scott, Esq.
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202

/s/ *Charles D. Tobin*
Charles D. Tobin