IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.**,<br>    1111 N. Capitol St. NE<br>    Washington, D.C. 20002<br><br>        **Plaintiff**,<br><br>    v.<br><br>**HON. GLENN L. KLAVANS**,<br>    8 Church Circle<br>    Annapolis, MD 21401<br><br>**HON. FRED S. HECKER,**<br>    Courthouse Square, 200 Willis Street,<br>    Westminster, MD 21157<br><br>        **Defendants**. | Civil Action No.  21-cv-2247 |

# DECLARATION OF CHRIS BENDEREV IN SUPPORT OF
# PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Chris Benderev, declare and state as follows:

1.  I am the founding producer of the *Embedded* podcast. *Embedded* is a podcast created, produced, and distributed by National Public Radio ("NPR") that provides in-depth coverage of a story that has recently made headlines.

2.  I have worked as a journalist at NPR for eleven years and have worked in journalism for twelve years. I formerly was a producer at NPR's *Weekend Edition*, *Morning Edition*, *Hidden Brain*, and the *TED Radio Hour*.

3. An upcoming episode of *Embedded*, scheduled for release on or after September 30, 2021, will report on the 2018 murder of five journalists in the offices of the *Capital Gazette* and the subsequent trial of Jarrod Ramos for this brutal crime.

4. In that episode, NPR intends to broadcast excerpts from audio recordings of the trial court proceedings in *State of Maryland v. Jarrod Ramos*, Case No. C-02-CR-18-001515, which I lawfully obtained, on behalf of NPR, pursuant to Maryland Rule 16-504(h)(1).

5. To obtain the recordings, I filled out the applicable form on the website of the Circuit Court for Anne Arundel County. I submitted three separate requests for CDs containing recordings of eight total days of Ramos's trial. I submitted three separate requests because the court specifies that each request must not exceed three days of recordings.

6. I subsequently retrieved the CDs in person inside the courthouse, on two separate occasions. True and correct copies of my emails with the Court Reporter's Office coordinating the pickups are attached hereto as **Exhibit A**.

7. It is my understanding that under Maryland's "Broadcast Ban," NPR, my colleagues, and I can be held in contempt of court for broadcasting excerpts of the publicly-available recordings of *State v. Ramos* that I lawfully obtained from the court itself.

8. The Broadcast Ban, as it applies to the upcoming reporting on *Embedded* of the *Capital Gazette* shooting and the prosecution and conviction of Ramos, is clearly unconstitutional. I respectfully urge the Court to enjoin its enforcement against NPR.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 31st day of August, 2021.

Chris Benderev

# Exhibit A

| | |
|---|---|
| **From:** | Anna Harryman <Anna.Harryman@mdcourts.gov> |
| **Sent:** | Wednesday, July 14, 2021 10:39 AM |
| **To:** | Chris Benderev |
| **Cc:** | Sharon Sansone |
| **Subject:** | RE: [EXTERNAL] RE: Audio CD Request \|\| CD Ready \|\| Case #C-02-CR-18-001515 \|\| State of Maryland v. Jarrod Warren Ramos \|\| Hrgs:  06/29/21, 06/30/21, 07/01/21, 07/07/21 & 07/08/21 |

As stated below, our hours are 8:30-12:30 and 1:30-4:30. So stopping by at any of those times would be fine.

**From:** Chris Benderev <CBenderev@npr.org>
**Sent:** Wednesday, July 14, 2021 10:36 AM
**To:** Anna Harryman <Anna.Harryman@mdcourts.gov>
**Cc:** Sharon Sansone <Sharon.Sansone@mdcourts.gov>
**Subject:** [EXTERNAL] RE: Audio CD Request \|\| CD Ready \|\| Case #C-02-CR-18-001515 \|\| State of Maryland v. Jarrod Warren Ramos \|\| Hrgs: 06/29/21, 06/30/21, 07/01/21, 07/07/21 & 07/08/21

Thanks so much Anna. I am in the media room in the historic courthouse most of today but could come by your office at any point today. Would it be OK to swing by around 130, 2 or 3 pm today?

**From:** Anna Harryman <Anna.Harryman@mdcourts.gov>
**Sent:** Wednesday, July 14, 2021 8:26 AM
**To:** Chris Benderev <CBenderev@npr.org>
**Cc:** Sharon Sansone <Sharon.Sansone@mdcourts.gov>
**Subject:** Audio CD Request \|\| CD Ready \|\| Case #C-02-CR-18-001515 \|\| State of Maryland v. Jarrod Warren Ramos \|\| Hrgs: 06/29/21, 06/30/21, 07/01/21, 07/07/21 & 07/08/21

Dear Mr. Benderev,

The Audio CDs you requested of the **June 29, 2021, June 30, 2021, July 1, 2021, July 7, 2021 and July 8, 2021** hearings before **Judge Wachs** are ready for pickup. Our hours are Monday through Friday, 8:30 am to 12:30 pm and 1:30 pm to 4:30 pm.

> 5 CD @ $35.00 each = $175.00
>
> DEPOSIT RECEIVED: - $175.00 (Check #586)

**TOTAL DUE: $0.00**

Since I'm not always in the office, please "respond to all" with any inquiries. Thank you.

Sincerely,

Anna Harryman
Court Reporter's Office, Suite 304
Anne Arundel County Circuit Court
8 Church Circle; P.O. Box 2395
Annapolis, MD 21404
(410) 222-1457
M.S. #2270

| | |
|---|---|
| **From:** | Chris Benderev |
| **Sent:** | Tuesday, July 27, 2021 9:36 AM |
| **To:** | Anna Harryman |
| **Cc:** | Sharon Sansone |
| **Subject:** | Re: [EXTERNAL] Re: Audio CD Request \|\| CD Ready \|\| Case #C-02-CR-18-001515 \|\| State of Maryland v. Jarrod Warren Ramos \|\| Hrgs:  07/09/2021, 07/13/2021 & 07/15/2021 |

Ok I will try to get them in person today. Likely between 2-4 pm. Thanks!

NPR | Chris Benderev | cbenderev@npr.org| 202.513.2145

---

**From:** Anna Harryman <Anna.Harryman@mdcourts.gov>
**Sent:** Tuesday, July 27, 2021 9:03:37 AM
**To:** Chris Benderev <CBenderev@npr.org>
**Cc:** Sharon Sansone <Sharon.Sansone@mdcourts.gov>
**Subject:** RE: [EXTERNAL] Re: Audio CD Request || CD Ready || Case #C-02-CR-18-001515 || State of Maryland v. Jarrod Warren Ramos || Hrgs: 07/09/2021, 07/13/2021 & 07/15/2021

I actually just went down and the check was in the mail room. The CDs can be picked up in person or we can put them in the outgoing, First Class mail.
Anna Harryman
Deputy Supervisor, Office of the Court Reporters
Anne Arundel County Circuit Court,
8 Church Circle, Suite 304
P. O. Box 2395
Annapolis, MD 21404
(410) 222-1457
M.S. #2270

**From:** Chris Benderev <CBenderev@npr.org>
**Sent:** Tuesday, July 27, 2021 8:52 AM
**To:** Anna Harryman <Anna.Harryman@mdcourts.gov>
**Cc:** Sharon Sansone <Sharon.Sansone@mdcourts.gov>
**Subject:** [EXTERNAL] Re: Audio CD Request || CD Ready || Case #C-02-CR-18-001515 || State of Maryland v. Jarrod Warren Ramos || Hrgs: 07/09/2021, 07/13/2021 & 07/15/2021

Thanks Anna! That's great. I actually mailed a check for $105 made out to Law Library Fund the same day I submitted my request last Tuesday. Has it arrived? It should have by now since I only live in DC.
Is in person pickup the only way to retrieve the CDs? If so I can do that. But I wondered if you ever send them expedited by mail since I'd need them by Thursday at the latest ideally.
Thanks again
NPR | Chris Benderev | cbenderev@npr.org| 202.513.2145

**From:** Anna Harryman <Anna.Harryman@mdcourts.gov>
**Sent:** Tuesday, July 27, 2021 8:34:44 AM
**To:** Chris Benderev <CBenderev@npr.org>
**Cc:** Sharon Sansone <Sharon.Sansone@mdcourts.gov>
**Subject:** Audio CD Request || CD Ready || Case #C-02-CR-18-001515 || State of Maryland v. Jarrod Warren Ramos || Hrgs: 07/09/2021, 07/13/2021 & 07/15/2021
Dear Mr. Benderev,

The Audio CDs you requested of the **July 9, 13, and 15, 2021** hearings before **Judge Wachs** is ready for pickup. Our hours are Monday through Friday, 8:30 am to 12:30 pm and 1:30 pm to 4:30 pm. The cost is as follows:

    The cost of 3 CD @ $35.00 each = **$105.00**

Please make your check or money order payable to **Law Library Fund.** Please note *CASH and Credit Cards are NOT accepted.* You may hand deliver or mail to:

    Court Reporter's Office, Suite 304
    Circuit Court for Anne Arundel County
    8 Church Circle, P.O. Box 2395
    Annapolis, MD 21404-2395

Since I'm not always in the office, please "respond to all" with any inquiries. Thank you.
Sincerely,
Anna Harryman
Deputy Supervisor, Office of the Court Reporters
Anne Arundel County Circuit Court,
8 Church Circle, Suite 304
P. O. Box 2395
Annapolis, MD 21404
(410) 222-1457
M.S. #2270