IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.**,<br><br>      **Plaintiff**,<br><br>  v.<br><br>**HON. GLENN L. KLAVANS**, and<br>**HON. FRED S. HECKER,**<br><br>      **Defendants**. | Civil Action No. 21-cv-2247 |

## [PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION

This matter came before the Court on the Motion of Plaintiff for a Preliminary Injunction. Having reviewed the papers filed in support of and in opposition to the Motion (if any), and being fully advised, the Court finds that Plaintiff has demonstrated a likelihood of success on the merits, that it is likely to suffer irreparable harm in the absence of a preliminary injunction, that the balance of equities tips in its favor, and that granting the injunction would be in the public interest.  Accordingly, the Court GRANTS Plaintiff's Motion as follows:

    1.    The Court hereby preliminarily ENJOINS Defendants, and anyone acting in concert or participation with them, from taking any action to enforce the portions of Md. Code Ann., Crim. Proc. § 1-201 that prohibit Plaintiff and its employees from publishing official court recordings, which were lawfully obtained pursuant to Md. Rule 16-504(h)(1), of the state criminal court proceedings in *State of Maryland v. Jarrod Ramos*, Case No. C-02-CR-18-001515;

    2.    This Preliminary Injunction shall take effect immediately and shall remain in effect until further order of this Court; and

       3.       This Preliminary Injunction will issue without the requirement of any security bond.

**SO ORDERED** this \_\_\_\_ day of _____, 2021

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE