IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL PUBLIC RADIO, INC.

    Plaintiff,                           *

v.                                        *      Civil Action No. RDB-21-2247

HON. GLENN L. KLAVANS, *et al.*,     *

    Defendants.                   *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER GRANTING PRELIMINARY INJUNCTION

Having conducted a hearing with oral argument from counsel, and for the reasons stated on the record, it is hereby **ORDERED** this 13th day of September, 2021 that:

1. The Motion for Preliminary Injunction (ECF No. 3) filed by Plaintiff, National Public Radio, Inc. is **GRANTED**. A written opinion will follow.

2. A Permanent Injunction Hearing is set for Wednesday, September 22, 2021 at 11:00 AM in Courtroom 5D of the U.S. District Courthouse in Baltimore, Maryland.

3. Copies of this Order shall be transmitted to counsel of record.

                                                      /s/
                                         Richard D. Bennett
                                         United States District Judge