IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NATIONAL PUBLIC RADIO, INC.**,<br><br>  **Plaintiff**,<br><br>  v.<br><br>**HON. GLENN L. KLAVANS**, and<br>**HON. FRED S. HECKER,**<br><br>  **Defendants**. | Civil Action No. 21-cv-2247 |

**[PROPOSED] JOINT CONSENT ORDER REGARDING
REQUEST FOR PERMANENT INJUNCTION**

The parties have notified the Court that they do not intend to submit further briefing or argument with respect to the request for entry of a permanent injunction. The parties have further requested that the Court base its decision on the record submitted in connection with the Motion for Preliminary Injunction and the arguments of counsel at the hearing held on September 13, 2021.

Therefore, by consent of the parties, the Court ORDERS that the hearing scheduled for September 22, 2021 at 11 a.m. is CANCELLED. The Court will rule on the permanent injunction request on the present record.

**SO ORDERED** this _____ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE