**CHAMBERS OF**                                                  **U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**                                     **101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**                      **BALTIMORE, MD 21201**
**NORTHERN DIVISION**                                                       **TEL: 410-962-3190**
                                                                                                 **FAX: 410-962-3177**

September 22, 2021

**LETTER ORDER**

To Counsel of Record: *National Public Radio, Inc. v. Klavans, et al.* **(RDB-21-2247)**

Dear Counsel:

This will confirm the off-the-record telephone conference held today with respect to the procedural timeline of this case. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), "[a] party must serve an answer within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). As summons were served on the Defendants in this matter on September 2, 2021 (ECF No. 5), the Defendants' answer is currently due tomorrow, September 23, 2021.

On September 21, 2021, this Court entered a permanent injunction prohibiting the anticipated enforcement of Maryland's ban on the broadcast of criminal proceedings, Md. Code Ann., Crim. Proc. § 1-201, against Plaintiff's broadcast of excerpts of the Jarrod Ramos trial, currently scheduled to be released on September 30, 2021. (ECF No. 19.) In light of this permanent injunction and the pendency of Plaintiff's broadcast, and as agreed in today's teleconference, Defendants are hereby excused from filing an answer on September 23, 2021. This Court shall hold a scheduling conference with the parties during the week of October 4 to revisit the procedural timeline in this case.

2

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

_____/s/_____
Richard D. Bennett
United States District Judge