IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**NATIONAL PUBLIC RADIO, INC.**,

    **Plaintiff**,

  v.

**HON. GLENN L. KLAVANS**, and
**HON. FRED S. HECKER,**

    **Defendants**.

Civil Action No. 21-cv-2247

### [PROPOSED] JOINT CONSENT ORDER REGARDING BRIEFING ON PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

The parties have notified the Court that the issue of Plaintiff's attorneys' fees and costs in this matter remains in dispute despite the parties' efforts to resolve the issue by agreement. Therefore, by consent of the parties, and pursuant to Local Rule 109(2)(a), the Court ORDERS the following schedule for briefing on Plaintiff's Motion for attorneys' fees and costs:

Plaintiff shall file its Motion and Memorandum in Support by **November 9, 2021**;

Defendants shall file their Memorandum in Opposition by **November 23, 2021**; and

Plaintiff shall file its Reply Memorandum by **December 7, 2021**.

**SO ORDERED** this \_\_\_\_ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE