IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL PUBLIC RADIO, INC. | * | |
| Plaintiff, | * | |
| v. | * | |
| HON. GLENN L. KLAVANS, *et al.*, | * | Civil Action No. RDB-21-2247 |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER REGARDING BRIEFING ON**
**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

The parties have notified the Court that the issue of Plaintiff's attorneys' fees and costs in this matter remains in dispute despite the parties' efforts to resolve the issue by agreement. Upon consideration of the briefing schedule jointly proposed by the parties (ECF No. 21), that proposed schedule is **DENIED.** It is hereby **ORDERED** this 14th day of October, 2021 that:

1. Plaintiff shall file its Motion and Memorandum in Support by **October 25, 2021**;

2. Defendants shall file their Memorandum in Opposition by **November 5, 2021**; and

3. Plaintiff shall file its Reply Memorandum by **November 15, 2021.**

                                                                                       _____/s/_____
                                                                                        Richard D. Bennett
                                                                                       United States District Judge